## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WISAM GHEBARI, <br><br>               Plaintiff, <br><br>      v. <br><br> ASHFORD UNIVERSITY, LLC, <br><br>               Defendant. | Case No. 1-17-cv-00549 <br><br> Honorable Judge Sharon J. Coleman |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wisam Ghebari and Defendant Ashford University, LLC hereby stipulate and agree that the above-captioned matter should now be, and hereby is, dismissed without prejudice, and that each party shall bear its own costs, expenses and attorneys' fees.

Dated: September 28, 2017

| | |
|---|---|
| SULAIMAN LAW GROUP, LTD. | SNELL & WILMER, L.L.P. <br> Brian J. Foster (admitted *pro hac vice*) |
| */s/ Omar T. Sulaiman* | One Arizona Center |
| Omar T. Sulaiman | 400 E. Van Buren Street, Suite 1900 |
| 2500 South Highland Avenue | Phoenix, Arizona 85004 |
| Suite 200 | |
| Lombard, Illinois 60148 | -and- |
| Telephone: (630) 575-8181 | |
| Facsimile: (630) 575-8188 | SIDLEY AUSTIN LLP |
| | |
| *Counsel for Wisam Ghebari* | */s/ Matthew E. Linder* |
| | One South Dearborn |
| | Chicago, Illinois 60603 |
| | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |
| | |
| | *Counsel for Ashford University, LLC* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 28, 2017, I caused the foregoing *Stipulation of Dismissal* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman