# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Wisam Ghebari

                        Plaintiff,

v.                                          Case No.: 1:17–cv–00549
                                                      Honorable Sharon Johnson Coleman

Ashford University, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to FRCvP 41(a)(1)(A)(ii), this action is dismissed without prejudice and without costs and fees. Defendant's motion for summary judgment [26] is stricken as moot. Status hearing set to 12/11/2017 is hereby stricken. Jury trial set for 6/4/2017 is stricken. Civil case terminated. Mailed notice (rth)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.